**Charles W. Friedman, plaintiff in error, v. The Aetna Casualty and Surety Company, defendant in error. Gen. No. 36,729.**

 Opinion filed November 6, 1933,

Walter P. Altenburg, for plaintiff in error; Robert G. Phelps, of counsel. Defrees, Buckingham, Jones & Hoffman, for defendant in error; Wilfred M. Doherty, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.